AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>SHAWN MICHAEL DALY<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  4:23-MJ-223<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 23, 2023__ in the county of __Polk__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841(a)(1), 841(b)(1)(A) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☑ This complaint and affidavit were presented by an attorney for the government.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

*Complainant's signature*

Curt Lieber, Special Agent, DEA
*Printed name and title*

Date: 03/24/2023

*Judge's signature*

City and state: Des Moines, Iowa

Stephen B. Jackson, Jr., U.S. Magistrate Judge
*Printed name and title*



FILED
By: Clerk's Office, Southern District of Iowa
4:02 pm, Mar 24 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT | Case No. 4:23-MJ-223<br><br>[FILED UNDER SEAL] |

Your affiant, Curt Lieber, being duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. Your affiant is a Special Agent (SA) with the Drug Enforcement Administration (hereinafter, the DEA) of the United States Department of Justice, and, as such, is an investigator or law enforcement officer of the Unites States within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrest for, offenses enumerated in Title 18, United States Code, Section 2516. Your affiant has been employed by the DEA as a SA since December 2020 and is currently assigned to the Des Moines Resident Office. In connection with his official duties, affiant investigates criminal and civil violations if the Controlled Substances Act (hereinafter CSA). Your affiant has received special training in the enforcement of laws concerning controlled substances as found in Title 21, Unites States Code. Since joining the DEA, affiant has been the primary case agent in multiple cases involving violations of the CSA, and your affiant has assisted other agents in several cases involving violations of the CSA. As part of his duties, your affiant has received courses of instruction from the DEA relating to investigative techniques and the conducting

1

of narcotic and financial investigations. Your affiant has participated in and has conducted investigations that have resulted in the arrest of individuals who have smuggled, received, and distributed controlled substances, as well as the seizure of illegal drugs and proceeds derived from the sale of those illegal drugs. In addition, your affiant has conducted, in connection with these and other cases, follow-up investigations concerning the concealment of drug-produced assets, money, bank records, etc., and the identification of co-conspirators through the use of ledgers, telephone bills and records, and photographs, as related to drug trafficking. Your affiant is familiar with the ways in which narcotic traffickers conduct their business, including, but not limited to, their methods of importing and distributing controlled substances, their use of mobile telephones, and their use of numerical codes and code words to conduct their transactions

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit includes only that information necessary to establish probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. There is probable cause to believe that Shawn Michael DALY has committed violations of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) (possession with intent to distribute a controlled substance).

## PROBABLE CAUSE

4. On March 23, 2023, ISP Troopers Jave Colburn and Austin Smith observed a black 2016 Audi A6 travelling northbound on East 14th Street near Guthrie Avenue in Des Moines. The Audi had heavily-tinted front windows, which appeared to be a violation of Iowa law. Troopers attempted to initiate a traffic stop of the Audi based on this front window tint. The driver of the vehicle, later identified as Shawn Michael DALY, attempted to elude law enforcement and ISP personnel initiated a pursuit. The pursuit ended a few minutes later when DALY lost control of the car while entering Interstate 235 at the southbound on ramp from Euclid Avenue. ISP personnel took DALY into custody. Law enforcement located a cardboard box underneath the Audi, which contained approximately 997.4 grams of a white crystalline substance that field-tested positive for methamphetamine.

5. At this time, SA Keegan Keeney and I arrived on scene and took custody of DALY. DALY was transported to the DEA Des Moines Resident Office for further questioning. At the Des Moines Resident Office, DALY was read his *Miranda* warning and agreed to speak with investigators. During the interview, DALY admitted knowledge and possession of the methamphetamine found near his car. DALY admitted after he lost control of his car, DALY jumped out of the passenger window and stuffed a box containing a kilogram of methamphetamine under his car.

3

## CONCLUSION

6. Based upon the foregoing facts, there is probable cause to believe that Shawn Michael DALY has committed violations of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) (possession with intent to distribute a controlled substance).

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

Curt Lieber, Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me on this 24th day of March, by reliable electronic means.

Stephen B. Jackson, Jr.
Chief United States Magistrate Judge

4